1
2
3                    UNITED STATES DISTRICT COURT
4                           DISTRICT OF NEVADA
5                                  * * *
6    HOANG KIM TRAN,                          Case No. 2:22-cv-00203-ART-BNW
7                          Plaintiff,         ORDER
8        v.
     CITY OF LAS VEGAS, *et al.*,
9
                         Defendants.
10

11           *Pro se* Plaintiff Hoang Kim Tran brings this action under 42 U.S.C. § 1983.

12   Plaintiff alleges that on March 28, 2021, police officers ordered a dog to "sic him,"

13   even though he had his hands up and was getting down on his knees, leading

14   the dog to bite his left forearm and torso and resulting in the permanent loss of

15   his right nipple. (ECF No. 1-1 at 3-5.) Before the Court is the Report and

16   Recommendation ("R&R" or "Recommendation") of United States Magistrate

17   Judge Brenda Weksler (ECF No. 27), recommending the Court dismiss without

18   prejudice Plaintiff's Fourth Amendment excessive force claim against Officers

19   Ortega, Lomoglio, Raso, Stokey, and Murano in their official capacity but allow

20   to proceed Plaintiff's Fourth Amendment excessive force claim against the

21   officers in their individual capacity. Plaintiff had until May 8, 2023 to file an

22   objection. To date, no objection to the R&R has been filed. For this reason, and

23   as explained below, the Court adopts the R&R, and will allow Plaintiff's Fourth

24   Amendment excessive force claim against the officers in their individual capacity

25   to proceed.

26           The Court "may accept, reject, or modify, in whole or in part, the findings

27   or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where

28   a party fails to object to a magistrate judge's recommendation, the Court is not

required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because there is no objection, the Court need not conduct de novo review, and is satisfied Judge Weksler did not clearly err. Here, Judge Weksler recommends the Court allow Plaintiff's Fourth Amendment excessive force claims against the officers in their individual capacity to proceed but dismiss the Fourth Amendment excessive force claim against the officers in their official capacity. (ECF No. 27 at 4-5.) The Court agrees with Judge Weksler. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Weksler's Report and Recommendation (ECF No. 27) is accepted and adopted in full.

It is further ordered that Plaintiff's Fourth Amendment excessive force claim against the officers in their individual capacity is allowed to proceed.

It is further ordered that Plaintiff's Fourth Amendment excessive force claim against the officers in their official capacity is dismissed without prejudice.

It is further ordered that Plaintiff's mayhem claim is dismissed with prejudice as Judge Weksler had ordered in a prior screening order (ECF No. 21).

///

///

///

///

DATED THIS 11th Day of October 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE